UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID D. CLIFFORD (#109543)
A/K/A MICHAEL J. COLEMAN

VERSUS

STATE OF LOUISIANA, ET AL

CIVIL ACTION

NO. 07-955-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated June 5, 2008. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's claim regarding the alleged unconstitutionality of La. R.S. 15:1186 will be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e), the plaintiff's claim regarding mishandling of his prison mail will be dismissed for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e, and this action will be dismissed.

Baton Rouge, Louisiana, July 7, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA